# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ISAAC ISAHAS WASHINGTON,      ) | |
|     Petitioner,      ) | |
| ) | |
| v.      ) | |
| ) | CIVIL ACTION: 1:18-00415-KD-B |
| CHRISTOPHER GORDY,      ) | |
|     Respondent.      ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 20, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** with prejudice as time-barred and Petitioner Washington is not entitled to a Certificate of Appealability and/or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **2nd** day of **March 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**