# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ISAAC ISAHAS WASHINGTON,      ) | |
|     Petitioner,      ) | |
|           ) | |
| v.      ) | |
|           )  | CIVIL ACTION: 1:18-00415-KD-B |
| CHRISTOPHER GORDY,      ) | |
|     Respondent.      ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice as time-barred and Petitioner Washington is not entitled to a Certificate of Appealability and/or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **2nd** day of **March 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**